UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



IN RE SYNACOR DERIVATIVE LITIGATION

No. 1:19-cv-00052-EAW

**STIPULATION AND [PROPOSED] ORDER
MAINTAINING STAY OF CONSOLIDATED DERIVATIVE ACTION**

Plaintiffs Stephen R. Heimberg and Matthew Tucker, Nominal Defendant Synacor, Inc. ("Synacor"), and Defendants Himesh Bhise, William J. Stuart, Jordan Levy, Marwan Fawaz, Gary L. Ginsberg, Andrew Kau, Michael J. Montgomery, Scott Murphy, and Elisabeth B. Donohue (collectively, the "Individual Defendants," and together with Synacor, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows, subject to the Court's approval:

WHEREAS, on May 13, 2019, the Court stayed the above-captioned shareholder derivative action (the "Derivative Action") pending decision on a motion to dismiss in *Lefkowitz v. Synacor, Inc.*, No 1:18-cv-02979-LGS (S.D.N.Y. filed Apr. 4, 2018) (the "Securities Class Action");

WHEREAS, on August 28, 2019, the Southern District of New York (Schofield, J.) issued an opinion and order granting in full defendants' motion to dismiss the Securities Class Action (the "August 28 Order");

WHEREAS, on September 3, 2019, the Court maintained the stay of this Derivative Action pending resolution of the Securities Class Action plaintiffs' application seeking leave to replead;

WHEREAS, on November 15, 2019, the Southern District of New York denied the Securities Class Action plaintiffs' application seeking leave to replead;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, that:

1. If the Securities Class Action plaintiffs file a notice of appeal, then this Derivative Action shall remain stayed until the final resolution of that appeal.

2. If the Securities Class Action plaintiffs do not file a notice of appeal, then this Derivative Action shall remain stayed until January 6, 2020.

Dated: November 26, 2019

LAW OFFICES OF BETH A. KELLER, P.C.

/s/ *Beth Ann Keller*
Beth Ann Keller
118 North Bedford Road
Suite 100
Mt. Kisco, NY 10549
(914) 752-3040 (t)
(914) 752-3041 (f)
bkeller@keller-lawfirm.com

ROBBINS ARROYO LLP

Craig W. Smith*
Steven R. Wedeking*
5040 Shoreham Place
San Diego, CA 92122
(619) 525-3990 (t)
(619) 525-3991 (f)
csmith@robbinsarroyo.com
swedeking@robbinsarroyo.com

*Counsel for Plaintiffs*

\* pro hac vice applications forthcoming

SO ORDERED:

*[signature]* 12-2-19
Honorable Elizabeth A. Wolford
United States District Judge

Respectfully Submitted,

BOND, SCHOENECK & KING PLLC

/s/ *Sharon M. Porcellio*
Sharon M. Porcellio
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, NY 14202
(716) 416-7000 (t)
(716) 416-7001 (f)
sporcellio@bsk.com

OF COUNSEL:

WILMER CUTLER PICKERING HALE AND DORR LLP

Michael G. Bongiorno*
Tamar Kaplan-Marans*
7 World Trade Center
250 Greenwich St.
New York, NY 10007
(212) 230-8800 (t)
(212) 230-8888 (f)
michael.bongiorno@wilmerhale.com
tamar.kaplan-marans@wilmerhale.com

Jenny Pelaez
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5300 (t)
(213) 443-5400 (f)
jenny.pelaez@wilmerhale.com

*Counsel for Defendants*